**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| In Re:<br><br>Gary G DeRosa,<br><br>                  Debtor. | Case No. 8-19-75395-reg<br><br>Chapter 11<br><br>**NOTICE OF MOTION** |

      Upon the annexed Motion for Relief of Wesley T. Kozeny, Esq., dated October 7, 2019 and the exhibits annexed thereto, VW Credit, Inc. as servicer for VW Credit Leasing, LTD, a secured creditor, will move this court before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on the 6th day of November, 2019 at 01:30 PM o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, at the courthouse located at 290 Federal Plaza, Central Islip, NY 11722 for an order pursuant to 362(d)(1) & (2) of the Bankruptcy Code modifying the automatic stay so that VW Credit, Inc. as servicer for VW Credit Leasing, LTD, as secured creditor, can exercise all of its rights and remedies with respect to its security interest in the collateral known as 2017 Audi A7 (V.I.N. WAUW2AFC0HN030915), on the grounds that (a) VW Credit, Inc. as servicer for VW Credit Leasing, LTD is not adequately protected; and (b) for such other and further relief as this Court deems just and proper.

Dated: October 7, 2019
       St. Louis, Missouri

Kozeny & McCubbin, L.C. LLC

  /s/  Wesley T. Kozeny  
By: Sabita Hajaree Ramsaran, Esq.  
Wesley T. Kozeny, Esq.  
Attorney for Movant  
12400 Olive Blvd, Ste 555  
St. Louis, MO 63141  
Phone: (314) 991-0255  
Fax:  (314) 567-8019  
nybk@km-law.com

TO:

Joseph S Maniscalco, Esq.  
Attorney for Debtor  
3305 Jerusalem Avenue  
Wantagh, NY 11793

Jordan David Weiss, Esq.  
Attorney for Debtor  
3305 Jerusalem Ave  
Suite 201  
Wantagh, NY 11793

Gary G DeRosa  
Debtor  
21 Lumber Road  
Apt 3I  
Roslym, NY 11576

Stan Y Yang  
Trustee  
Alfonse M D'Amato US Courthouse  
560 Federal Plaza  
Central Islip, NY 11722

United States Trustee  
U.S. Trustee  
Long Island Federal Courthouse  
560 Federal Plaza - Room 560  
Central Islip, NY 11722

Stephen B Selbst  
Notice  
2 Park Avenue  
New York, NY 10020

Scott C. Ross
Notice
2 Park Avenue
New York, NY 10016

William R. Fried
Notice
2 Park Avenue
New York, NY 10016

Zann Welch
Notice
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| In Re:<br><br>Gary G DeRosa,<br><br>　　　　　　　　Debtor. | **MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1) & (2)**<br><br>Case No. 8-19-75395-reg<br><br>**Chapter 11** |

　　　　VW Credit, Inc. as servicer for VW Credit Leasing, LTD, a secured creditor in the above-captioned bankruptcy case, by its counsel, Kozeny & McCubbin, L.C. LLC, as and for a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1) & (2), or, in the alternative, for adequate protection, states the following as grounds therefor:

1.　　　On August 1, 2019, the debtor, above-named, filed a voluntary petition in Bankruptcy under Title 11, Chapter 11, U.S.C., in the United States Bankruptcy Court, for the Eastern District of New York.

2.　　　The Court has jurisdiction to entertain this motion under 28 U.S.C. Section 157.

3.　　　 VW Credit, Inc. as servicer for VW Credit Leasing, LTD is a secured creditor herein and the holder of a duly perfected security interest in one (1) 2017 Audi A7 (V.I.N. WAUW2AFC0HN030915) (hereinafter "**Collateral**") leased by the debtor, Gary G Derosa.

4.　　　Pursuant to 11 U.S.C. Section 362, upon the commencement of the instant bankruptcy case, VW Credit, Inc. as servicer for VW Credit Leasing, LTD is stayed from taking any action against the debtor to liquidate the collateral.

5.　　　On September 14, 2016, the debtor entered into a Motor Vehicle Lease Agreement - Closed End (hereinafter "Lease") with Audi of Huntington (hereinafter "Dealer") for the lease of the collateral.  Thereafter, the Lease, pursuant to its terms,

was duly assigned by the dealer to VW Credit, Inc. as servicer for VW Credit Leasing, LTD. A copy of the Lease as evidence of the perfected lien is annexed hereto and referred to as Exhibit "A" and made a part hereof.

6. The Lease on the collateral matured on September 14, 2019 with no delinquent payments due. The Movant is in possession of the collateral as of August 17, 2019. The residual purchase option amount for the collateral is $42,775.33.

(**NOTE**: The foregoing does not represent any amount which may be due for costs and attorneys' fees as may be allowed by the Court)

7. VW Credit, Inc. as servicer for VW Credit Leasing, LTD has ascertained that the wholesale value of its security is $38,600.00 based on estimated value of the collateral in clean retail condition.

8. It is respectfully asserted that VW Credit, Inc. as servicer for VW Credit Leasing, LTD interest in the collateral will not be adequately protected if the automatic stay is allowed to remain in effect. VW Credit, Inc. as servicer for VW Credit Leasing, LTD is seeking relief from the automatic stay to the extent that one exists.

9. Accordingly, sufficient cause exists to grant VW Credit, Inc. as servicer for VW Credit Leasing, LTD relief from the automatic stay herein which includes, but is not limited to, the following:

(a) The security interest of VW Credit, Inc. as servicer for VW Credit Leasing, LTD with respect to the collateral is not adequately protected as envisioned under 11 U.S.C. Section 361.

(b) The collateral is not necessary for an effective organization of a bankruptcy estate.

10. No prior application for the relief requested herein has been made.

WHEREFORE, VW Credit, Inc. as servicer for VW Credit Leasing, LTD respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. Section 362(d)(1) & (2):

(a) granting VW Credit, Inc. as servicer for VW Credit Leasing, LTD relief from automatic stay in order to dispose of its collateral, and for such other and further relief as to the Court may seem just and proper.

Date:  October 7, 2019
       St. Louis, Missouri

                          VW Credit, Inc. as servicer for VW Credit Leasing, LTD

                           /s/ Wesley T. Kozeny
                          Sabita Hajaree Ramsaran, Esq.
                          Wesley T. Kozeny, Esq.
                          Kozeny & McCubbin, L.C. LLC
                          12400 Olive Blvd, Ste 555
                          St. Louis, MO 63141
                          Phone: (314) 991-0255
                          Fax:  (314) 567-8019
                          nybk@km-law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| In Re:<br><br>Gary G DeRosa,<br><br>                    Debtor. | Case No. 8-19-75395-reg<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that a copy of the Notice of Motion, Motion for Relief and a copy of these pleadings were mailed by U.S. First Class Mail on October 7, 2019 to the parties listed below:

Joseph S Maniscalco, Esq.
Attorney for Debtor
3305 Jerusalem Avenue
Wantagh, NY 11793

Jordan David Weiss, Esq.
Attorney for Debtor
3305 Jerusalem Ave
Suite 201
Wantagh, NY 11793

Gary G DeRosa
Debtor
21 Lumber Road
Apt 3I
Roslym, NY 11576

Stan Y Yang
Trustee
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

United States Trustee
U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722

Stephen B Selbst
Notice
2 Park Avenue
New York, NY 10020

Scott C. Ross
Notice
2 Park Avenue
New York, NY 10016

William R. Fried
Notice
2 Park Avenue
New York, NY 10016

Zann Welch
Notice
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

                                                    Respectfully submitted,

                                                    /s/ Wesley T. Kozeny, Esq.
By: Sabita Hajaree Ramsaran, Esq.
Wesley T. Kozeny, Esq.
Attorney for Movant
12400 Olive Blvd, Ste 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
nybk@km-law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| In Re:<br><br>Gary G DeRosa,<br><br>                Debtor. | Case No. 8-19-75395-reg<br><br>Chapter 11<br><br>**ORDER LIFTING THE<br>AUTOMATIC STAY** |

      Upon reading and filing the Notice of Motion dated October 7, 2019, the Motion for Relief from Automatic Stay of Wesley T. Kozeny, Esq., dated October 7, 2019 and the exhibits annexed thereto on behalf of VW Credit, Inc. as servicer for VW Credit Leasing, LTD, by its attorney Kozeny & McCubbin, L.C. LLC, for an Order pursuant to 11 U.S.C. 362(d)(1) & (2) granting relief from the automatic stay to exercise all of its rights and remedies with respect to its security interest in the collateral known as 2017 Audi A7 (V.I.N. WAUW2AFC0HN030915), (the "Collateral"); and there being no opposition thereto by the United States Trustee or Stan Y Yang, Trustee, and there being no opposition by the Debtor, or his attorney, and sufficient cause appearing therefore; it is

      **ORDERED**, that automatic stay is hereby modified pursuant to 11 U.S.C. 362(d)(1) & (2) and to allow VW Credit, Inc. as servicer for VW Credit Leasing, LTD to exercise all of its rights and remedies with respect to its security interest in the Collateral, and it is further,

      **ORDERED,** that the movant shall immediately provide an accounting to the trustee of any surplus monies realized.